# EXHIBIT A

 **Melody Cooper**
@melodyMcooper 

Oh, when Karens take a walk with their dogs off leash in the famous Bramble in NY's Central Park, where it is clearly posted on signs that dogs MUST be leashed at all times, and someone like my brother (an avid birder) politely asks her to put her dog on the leash.



1:03 PM · May 25, 2020 

♡ 495.7K  💬 53.8K  ⬆ Share this Tweet

Video publicly available at:
https://twitter.com/melodyMcooper/status/1264965252866641920

**AMY COOPER**: Would you please stop? Sir, I'm asking you to stop.

**CHRISTIAN COOPER**: Please don't come close to me.

**AMY COOPER**: Sir, I'm asking you to stop recording me.

**CHRISTIAN COOPER**: Please don't come close to me.

**AMY COOPER**: Please take your phone off.

**CHRISTIAN COOPER**: Please don't come close to me.

**AMY COOPER**: Then I'm taking a picture and calling the cops.

**CHRISTIAN COOPER**: Please, please call the cops. Please call the cops.

**AMY COOPER**: I'm gonna tell them there's an African-American man threatening my life.

**CHRISTIAN COOPER**: Please tell them whatever you like.

**[TALKING ON PHONE]**

**AMY COOPER**: Excuse me. I'm sorry. I'm in Ramble and there is a man, African-American, he has a bicycle helmet. He is recording me and threatening me and my dog. There is an African-American man. I am in Central Park. He is recording me and threatening myself and my dog. I'm sorry. I can't hear you either. I am being threatened by a man in the Ramble. Please send the cops immediately. I'm in Central Park in the Ramble. I don't know.

**CHRISTIAN COOPER**: Thank you.

**[00:01:09]**