# EXHIBIT C

# Statement from Amy Cooper on Central Park Incident

NEWS PROVIDED BY
**Amy Cooper** →
May 26, 2020, 15:57 ET

NEW YORK, May 26, 2020 /PRNewswire/ -- I want to apologize to Chris Cooper for my actions when I encountered him in Central Park yesterday. I reacted emotionally and made false assumptions about his intentions when, in fact, I was the one who was acting inappropriately by not having my dog on a leash. When Chris began offering treats to my dog and confronted me in an area where there was no one else nearby and said, "You're not going to like what I'm going to do next," I assumed we were being threatened when all he had intended to do was record our encounter on his phone. He had every right to request that I leash my dog in an area where it was required. I am well aware of the pain that misassumptions and insensitive statements about race cause and would never have imagined that I would be involved in the type of incident that occurred with Chris. I hope that a few mortifying seconds in a lifetime of forty years will not define me in his eyes and that he will accept my sincere apology.

SOURCE Amy Cooper