# EXHIBIT E



**Christian Cooper**
May 25, 2020

Central Park this morning: This woman's dog is tearing through the plantings in the Ramble.

ME: Ma'am, dogs in the Ramble have to be on the leash at all times. The sign is right there.
HER: The dog runs are closed. He needs his exercise.
ME: All you have to do is take him to the other side of the drive, outside the Ramble, and you can let him run off leash all you want.
HER: It's too dangerous.
ME: Look, if you're going to do what you want, I'm going to do what I want, but you're not going to like it.
HER: What's that?
ME (to the dog): Come here, puppy!
HER: He won't come to you.
ME: We'll see about that...

I pull out the dog treats I carry for just for such intransigence. I didn't even get a chance to toss any treats to the pooch before Karen scrambled to grab the dog.

HER: DON'T YOU TOUCH MY DOG!!!!!

That's when I started video recording with my iPhone, and when her inner Karen fully emerged and took a dark turn...



😠👍😮 27K 44K Comments 21K Shares

 Share