# EXHIBIT F

**Representative Social Media Posts Commenting on the Central Park Incident on May 25, 2020 Before the Company Issued A Statement**

Publicly available at:
https://twitter.com/melodyMcooper/status/1264965252866641920?ref_src=twsrc%5Etfw%7Ctwcamp%5Etweetembed%7Ctwterm%5E1264965252866641920%7Ctwgr%5E%7Ctwcon%5Es1_c10&ref_url=https%3A%2F%2Fpublish.twitter.com%2F%3Fquery%3Dhttps3A2F2Ftwitter.com2FmelodyMcooper2Fstatus2F1264965252866641920widget%3DTweet



**Representative Social Media Posts Commenting on the Central Park Incident on May 25, 2020 Before the Company Issued A Statement**

Publicly available at:
https://twitter.com/soledadobrien/status/1265021327959875586?ref_src=twsrc%5Etfw%7Ctwcamp%5Etweetembed%7Ctwterm%5E1265021327959875586%7Ctwgr%5E%7Ctwcon%5Es1_c10&ref_url=https%3A%2F%2Fpublish.twitter.com%2F%3Fquery%3Dhttps3A2F2Ftwitter.com2Fsoledadobrien2Fstatus2F1265021327959875586widget%3DTweet



**Representative Social Media Posts Commenting on the Central Park Incident on May 25, 2020 Before the Company Issued A Statement**

Publicly available at:
https://twitter.com/ReignOfApril/status/1265029846540877824?ref_src=twsrc%5Etfw%7Ctwcamp%5Etweetembed%7Ctwterm%5E1265029846540877824%7Ctwgr%5E%7Ctwcon%5Es1_c10&ref_url=https%3A%2F%2Fpublish.twitter.com%2F%3Fquery%3Dhttps3A2F2Ftwitter.com2FReignOfApril2Fstatus2F1265029846540877824widget%3DTweet



**Representative Social Media Posts Commenting on the Central Park Incident on May 25, 2020 Before the Company Issued A Statement**

Publicly available at:
https://twitter.com/donwinslow/status/1265031795067805696?ref_src=twsrc%5Etfw%7Ctwcamp%5Etweetembed%7Ctwterm%5E1265031795067805696%7Ctwgr%5E%7Ctwcon%5Es1_c10&ref_url=https%3A%2F%2Fpublish.twitter.com%2F%3Fquery%3Dhttps3A2F2Ftwitter.com2Fdonwinslow2Fstatus2F1265031795067805696widget%3DTweet



**Representative Social Media Posts Commenting on the Central Park Incident on May 25, 2020 Before the Company Issued A Statement**

Publicly available at:
https://publish.twitter.com/?query=https%3A%2F%2Ftwitter.com%2Fiambdsami%2Fstatus%2F1265034096813600769&widget=Tweet



**Representative Social Media Posts Commenting on the Central Park Incident
on May 25, 2020 Before the Company Issued A Statement**

Publicly available at:
https://twitter.com/MichaelSteele/status/1265035555710140417?ref_src=twsrc%5Etfw%7Ctwcamp%5Etweetembed%7Ctwterm%5E1265035555710140417%7Ctwgr%5E%7Ctwcon%5Es1_c10&ref_url=https%3A%2F%2Fpublish.twitter.com%2F%3Fquery%3Dhttps3A2F2Ftwitter.com2FMichaelSteele2Fstatus2F1265035555710140417widget%3DTweet



**Representative Social Media Posts Commenting on the Central Park Incident on May 25, 2020 Before the Company Issued A Statement**

Publicly available at:
https://twitter.com/jeffstrabone/status/1265046958659559424?ref_src=twsrc%5Etfw%7Ctwcamp%5Etweetembed%7Ctwterm%5E1265046958659559424%7Ctwgr%5E%7Ctwcon%5Es1_c10&ref_url=https%3A%2F%2Fpublish.twitter.com%2F%3Fquery%3Dhttps3A2F2Ftwitter.com2Fjeffstrabone2Fstatus2F1265046958659559424widget%3DTweet



**Representative Social Media Posts Commenting on the Central Park Incident on May 25, 2020 Before the Company Issued A Statement**

Publicly available at:
https://twitter.com/DrRickHendrix/status/1265057682446331904



**Representative Social Media Posts Commenting on the Central Park Incident
on May 25, 2020 Before the Company Issued A Statement**

Publicly available at:
https://twitter.com/NellSco/status/1265063126799659010?ref_src=twsrc%5Etfw%7Ctwcamp%5Etweetembed%7Ctwterm%5E1265063126799659010%7Ctwgr%5E%7Ctwcon%5Es1_c10&ref_url=https%3A%2F%2Fpublish.twitter.com%2F%3Fquery%3Dhttps3A2F2Ftwitter.com2FNellSco2Fstatus2F1265063126799659010widget%3DTweet

