# EXHIBIT G

# Index of News Coverage of the Central Park Incident on May 25 and 26, 2020

**May 25, 2020**

1. BET, *NYC Woman Calls Police On Black Man After He Politely Asks Her To Leash Her Dog*, May 25, 2020, available at https://www.bet.com/news/national/2020/05/25/nyc-woman-calls-police-on-black-man-after-he-politely-asks-her-t.html

2. Bingi News, *Amy Cooper calling the police and pretending a black man is attacking her*, May 25, 2020, available at https://binginews.com/amy-cooper/3491/

3. Daily Beast, *White Dog Owner Calls Cops on Black Bird Watcher, Goes Viral*, May 25, 2020, available at https://www.thedailybeast.com/white-dog-owner-calls-cops-on-black-bird-watcher-in-central-park-and-goes-viral

4. Complex, *White Woman in Central Park Calls Police on Black Man Asking for Her Dog to Be Put on Leash*, May 25, 2020, available at https://www.complex.com/life/2020/05/nyc-woman-central-park-calls-police-on-black-man-asking-for-dog-to-be-put-on-leash

5. Daily Mail, *Moment white woman in Central Park calls the NYPD and hysterically tells them 'an African-American man is threatening her life' - when all he asked her to do was leash her dog*, May 25, 2020, available at https://www.romper.com/p/from-christian-cooper-to-george-floyd-a-letter-to-white-parents-22940751

6. Daily News, *SEE IT: 'I'm going to tell them there's an African American man threatening my life': White woman calls cops on man in Central Park after he asks her to leash her dog*, May 25, 2020, available at https://www.the-sun.com/news/892717/amy-cooper-investigated-human-rights-commission/

7. Daily Sun Post, *White woman walking her dog off a leash calls the COPS on black man who asked her to put it back on*, May 25, 2020, available at https://dailysunpost.com/white-woman-walking-her-dog-off-a-leash-calls-the-cops-on-black-man-who-asked-her-to-put-it-back-on/

8. EUR Web, *White Woman 'Karens' Black Man in Central Park: Calls NYPD Saying He's Attacking Her / WATCH*, May 25, 2020, available at https://eurweb.com/2020/05/25/white-woman-karens-black-man-in-central-park-calls-nypd-saying-hes-attacking-her-watch/

9. Eyewitness News 11PM [VIDEO], *Eyewitness News 11PM*, May 25, 2020, available at https://www.iqmediacorp.com/ClipPlayer?ClipID=5f7e80a8-ecc6-4dea-a909-77196279d21e&TE=%7B0%7D (discussing Amy Cooper).

10. Glob Intel, *Who is Amy Cooper? Central Park Karen; Bio, Wiki, Age, Work, Dog, LinkedIn, Calls Cop on Black man*, May 25, 2020, available at https://globintel.com/usa/who-is-amy-cooper-central-park-karen-bio-wiki-age-work/

**Index of News Coverage of the Central Park Incident on May 25 and 26, 2020**

11. HipHopWired, *Dog Choking Karen Caught Falsely Accusing Black Man On Video, Outraged Twitter ID's Her*, May 25, 2020 available at https://hiphopwired.com/playlist/white-woman-who-falsely-accused-black-man-idd-as-amy-cooper-on-twitter/

12. Inquisitr, *Viral Video Shows A Woman Allegedly Calling The Cops On A Black Man Who Asked Her To Leash Her Dog*, May 25, 2020, available at https://blavity.com/ny-lawmakers-push-to-make-falsifying-police-reports-a-hate-crime?category1=news&category2=Social-Justice

13. Insider, *A woman in a video appears to call the police claiming there's an 'African American man threatening my life' — he apparently had asked her to put her dog on a leash*, May 25, 2020, available at https://www.insider.com/police-central-park-karen-video-dog-leash-2020-5

14. MailOnline, *White woman who hysterically called 911 to report an 'African-American man threatening her life' after he asked her to leash her dog in Central Park APOLOGIZES - as she is suspended from her investment firm job and gives up pet*, May 25, 2020, available at https://www.dailymail.co.uk/news/article-8355729/White-woman-walking-dog-leash-calls-COPS-black-man-asked-on.html

15. NBC New York, *Central Park Confrontation Goes Viral, as White Woman Calls Cops on Black Man Over Dog Leash*, May 25, 2020, available at https://www.nbcnewyork.com/news/local/central-park-confrontation-goes-viral-white-woman-calls-cop-on-black-birder/2431773/

16. NBC New York [VIDEO], *White Woman Calls Cops on Black Man After Debate Over Leash Rule*, May 25, 2020, available at https://www.prnewsonline.com/franklin-templeton-central-park-PR-crisis%0D

17. News 4 New York at 11 [VIDEO], *News 4 New York at 11*, May 25, 2020, available at https://www.bizjournals.com/sanfrancisco/news/2020/05/27/franklin-templeton-fires-manager-racist-video-dog.html?ClipID=9b8d0c1d-9f7c-4e76-b099-98cd8551ca56&TE=%7B0%7D

18. PIX 11, *Video shows racially-charged rant, 911 call over man allegedly asking woman to leash dog in NY park*, May 25, 2020, available at https://www.cleveland.com/entertainment/2020/05/central-park-birdwatcher-who-had-cops-called-on-him-uncomfortable-with-consequences-accuser-has-faced-he-tells-the-view.html

19. The New York Post, *Video of white woman calling cops on black man in Central Park draws outrage*, May 25, 2020, available at https://nypost.com/2020/05/25/video-of-white-woman-calling-cops-on-black-man-in-central-park-draws-outrage/

# Index of News Coverage of the Central Park Incident on May 25 and 26, 2020

20. The Grio, *Woman falsely claims Black man threatened life in Central Park*, May 25, 2020, available at https://www.citylab.com/equity/2020/05/amy-cooper-christian-cooper-fear-in-central-park/612094/

21. The Sun, *WARPED THREAT White woman threatens to tell cops 'an African American man is threatening my life' after he asked her to leash her dog*, May 25, 2020, available at https://www.wyff4.com/article/a-white-woman-has-apologized-after-calling-police-on-a-black-man/32665157

22. TMZ, *Central Park 'Karen' White Woman Calls Cops on Black Man...Acts Like He's Attacking Her!!!*, May 25, 2020, available at https://www.tmz.com/2020/05/25/woman-calls-cops-black-man-central-park-dog-leash-karen/

23. TMZ [VIDEO], *NYC WOMAN CALLS COPS ON BLACK MAN WHO ASKED HER TO LEASH DOG, ULTIMATE KAREN*, May 25, 2020, available at https://nypost.com/2020/05/27/central-park-bird-watcher-amy-cooper-death-threats-must-stop-immediately/

24. VLAD TV, *White Woman Calls Cops on Black Man Who Asked Her to Leash Dog*, May 25, 2020, available at https://www.newsbreak.com/new-york/new-york/news/0P9xrEV6/amy-coopers-apology-is-bullst-she-knew-exactly-what-she-was-doing

# Index of News Coverage of the Central Park Incident on May 25 and 26, 2020

**May 26, 2020**

25. ABC News, *Good Morning America*, May 26, 2020 (discussing Amy Cooper).

26. Agence France Presse, *Anger as white woman reports black birdwatcher in Central Park to police*, May 26, 2020.

27. Bloomberg News, *Franklin Templeton fires employee in Central Park video*, May 26, 2020, available at https://www.bloomberg.com/news/articles/2020-05-26/franklin-templeton-places-employee-on-leave-after-confrontation

28. CBS News Transcripts CBS EVENING NEWS, *White woman fired after she calls police on black man who asked her to leash dog*, May 26, 2020.

29. CE Noticias Financieras English, *Dog dispute in Central Park causes accusation of racism*, May 26, 2020.

30. CE Noticias Financieras English, *False white woman's complaint against black man in New York generates harsh reactions*, May 26, 2020.

31. CE Noticias Financieras English, *The racist video the whole of America talks about*, May 26, 2020.

32. CE Noticias Financieras English, *Viral Video: a Racist Complaint from a New Yorker*, May 26, 2020.

33. CE Noticias Financieras English, *Woman lost her job and her pet for racist slurs to a walker*, May 26, 2020.

34. Citywire Financial Publishers, *Franklin Templeton puts investment boss on leave over racist threats*, May 26, 2020, available at https://citywireamericas.com/news/franklin-templeton-puts-investment-boss-on-leave-over-racist-threats/a1360977

35. CNN Tonight, *COVID Deaths In the U.S. Nears 100,000 Mark; President Trump Doesn't Mind Insulting His Opponents; Widower's Plea Fell On Deaf Ears Minneapolis Police Officers Kicked Out From Their Job; CNN Exclusive Interview to Joe Biden As He Responds To Trump Mocking Him For Wearing A Mask: He's An Absolute Fool To Talk That Way; Joe Biden Fires Back At Trump's Attacks On Mail-In Voting*, May 26, 2020, available at http://www.cnn.com/TRANSCRIPTS/2005/26/cnnt.01.html (discussing Amy Cooper).

36. CNN, CNN Tonight, *Family Wants Justice for George Floyd's Death; CDC Warns of False Antibody Tests; President Trump Mocks Biden for Wearing a Mask; Twitter Labels President Trump Tweets with a Fact Check for the First Time; Coronavirus Is Causing Serious Labor

**Index of News Coverage of the Central Park Incident on May 25 and 26, 2020**

*Shortages For Farmers Across the United States*, May 26, 2020, available at http://edition.cnn.com/TRANSCRIPTS/2005/26/cnnt.02.html (discussing Amy Cooper).

37. CNN New Day, *Warm Weather for East Coast; Reports on Coronavirus across the U.S.; NYSE Reopens After Shutdown; Hertz Files for Bankruptcy; Moderna Execs Cash in on Stock; U.S. Bans Travel from Brazil; Coronavirus Cases Rise In Mexico; Brooklyn Nets Resume Training*, May 26, 2020, available at http://edition.cnn.com/TRANSCRIPTS/2005/26/nday.02.html (discussing Amy Cooper).

38. CNN Wire, *White woman who called police on a black man bird-watching in Central Pak has been fired*, May 26, 2020, available at https://www.cnn.com/2020/05/26/us/central-park-video-dog-video-african-american-trnd/index.html

39. CNN, *A white woman apologizes for calling police to report an 'African American man threatening my life'*, May 26, 2020.

40. CNN, *Central Park confrontation sends an ugly message*, May 26, 2020, available at https://www.cnn.com/2020/05/26/opinions/amy-cooper-central-park-ramble-confrontation-filipovic/index.html

41. CTV Television, *Woman's Reaction After Being Asked to Leash Her Dog*, May 26, 2020.

42. Daily Star, *White woman calls police on black man after simply being asked to put dog on lead; Amy Cooper, who has since apologised, has been placed on administrative leave from her job at Franklin Templeton since footage of the sickening incident went viral on social media*, May 26, 2020, available at https://www.dailystar.co.uk/news/world-news/white-woman-calls-police-black-22090858

43. Deutsche Presse-Agentur, *New York woman loses job after calling police on black bird watcher*, May 26, 2020.

44. Electronic Urban Report, *White Woman Who Called Cops on Black Man Over Unleashed Dog Apologizes*, May 26, 2020, available at https://eurweb.com/2020/05/26/white-woman-who-called-cops-on-black-man-over-dog-apologizes/

45. Forbes.com, *Amy Cooper Fired After Viral Central Park Video*, May 26, 2020, available at https://www.forbes.com/sites/lisettevoytko/2020/05/26/amy-cooper-fired-after-viral-central-park-video/

46. Globeandmail.com, *Evening Update: Canadian Forces report on Ontario care homes deeply disturbing, Trudeau says; China threatens damage to relations with Canada ahead of Meng ruling; Also: Police seize trucks, guns and drugs in crackdown on towing industry crime,*

**Index of News Coverage of the Central Park Incident on May 25 and 26, 2020**

    May 26, 2020, available at https://www.theglobeandmail.com/canada/article-evening-update-canadian-forces-report-on-ontario-care-homes-deeply/ (discussing Amy Cooper).

47. Good Morning America, *Central Park Confrontation; White Woman Calls Cops on Black Man Over Request to Leash Dog*, May 26, 2020.

48. Gulf News (United Arab Emirates), *Watch: White woman calls police on black bird watcher in New York's Central Park*, May 26, 2020, available at http://uaport.net/en/news/ua/go/UN20052603D06

49. International Business Times, *White Woman Calls Police on Birdwatching Black Man In Central Park*, May 26, 2020, available at https://www.ibtimes.com/video-white-woman-calls-police-black-man-birdwatching-new-york-citys-central-park-2982780

50. London Evening Standard, *Video of white woman in Central Park calling police on 'African American man' sparks outrage*, May 26, 2020, available at https://www.standard.co.uk/news/world/viral-video-central-park-woman-call-police-a4450301.html

51. MailOnline, *Amy 'Central Park Karen' Cooper's Apology*, May 26, 2020, available at https://www.dailymail.co.uk/news/fb-8356677/AMY-CENTRAL-PARK-KAREN-COOPERS-APOLOGY.html

52. MailOnline, *Family of black man George Floyd call for cops to be charged with murder after four were fired over video of white officer kneeling on his neck during arrest - as attorney says it's worse than Eric Garner*, May 26, 2020, available at https://www.dailymail.co.uk/news/article-8359403/Family-black-man-George-Floyd-says-firing-four-cops-start-calls-prosecution.html (discussing Amy Cooper).

53. MailOnline, *White investment banker Amy Cooper, 41, is FIRED after hysterically calling 911 to report an 'African-American man threatening her life' when he simply asked her to leash her dog - as she whines that her 'life is being destroyed'*, May 26, 2020, available at https://www.dailymail.co.uk/news/article-8358173/Bill-Blasio-brands-Central-Park-Karen-racist-calling-911-African-American-bird-watcher.html

54. Market Watch, *Franklin Templeton fires worker for viral altercation in Central Park: 'We do not tolerate racism of any kind'; Amy Cooper was caught on video calling the police on Christian Cooper, a black bird-watcher*, May 26, 2020, available at https://www.marketwatch.com/story/franklin-templeton-fires-worker-for-viral-altercation-in-central-park-we-do-not-tolerate-racism-of-any-kind-2020-05-26


**Index of News Coverage of the Central Park Incident on May 25 and 26, 2020**

55. Market Watch, *Franklin Templeton worker placed on leave after viral altercation in Central Park*, May 26, 2020, available at http://www.marketwatch.com/story/franklin-templeton-worker-placed-on-leave-after-viral-altercation-in-central-park-2020-05-26

56. MarketWatch, *The No. 1 thing Americans are spending their stimulus checks on and a staggering number of laid-off workers are receiving MORE money from unemployment benefits than when they were employed; Tuesday's top personal finance stories*, May 26, 2020, available at http://www.marketwatch.com/story/the-no-1-thing-americans-are-spending-their-stimulus-checks-on-and-a-staggering-number-of-laid-off-workers-are-receiving-more-money-from-unemployment-benefits-than-when-they-were-employed-2020-05-26 (discussing Amy Cooper).

57. Mirror, *Woman asked to put dog on leash lies to police that 'black man is threatening her life'; Amy Cooper has been sacked from her job after she was caught on camera falsely claiming a man in Central Park, New York, was threatening her*, May 26, 2020, available at https://www.mirror.co.uk/news/us-news/woman-who-falsely-claimed-black-22085928

58. National Post, *White woman apologizes after calling cops over black man in NY Central Park*, May 26, 2020, available at https://nationalpost.com/pmn/entertainment-pmn/white-woman-apologizes-after-calling-cops-over-black-man-in-ny-central-park

59. National Post, *White woman fired from job after calling cops over black man in NY Central Park*, May 26, 2020.

60. NBC News TODAY SHOW, *Video that's gone viral showing a white woman calling police on a black man after he asked her to leash her dog*, May 26, 2020.

61. NBC News, *White woman slammed for calling NYPD on black man who asked her to leash dog*, May 26, 2020, available at https://www.nbcnews.com/news/us-news/white-woman-slammed-calling-nypd-black-man-who-asked-her-n1214936

62. NBCNEWS.com, *Woman fired after calling police on black man in Central Park incident*, May 26, 2020, available at https://www.nbcnews.com/news/us-news/white-woman-fired-job-after-calling-nypd-black-man-who-n1215016

63. Newsbank, Inc., *A white woman has apologized after calling police on a black man: 'There's an African American man threatening my life'*, May 26, 2020.

64. Newstex Blogs, *Amy Cooper - This Is Not Going Away (maybe not ever)*, May 26, 2020, available at https://lawandmore.typepad.com/law_and_more/2020/05/amy-cooper-this-is-not-going-away-maybe-not-ever.html

**Index of News Coverage of the Central Park Incident on May 25 and 26, 2020**

65. Newstex Blogs, *Brand "Professional Woman" Put in Play - The Amy Cooper Central Park Flashpoint*, May 26, 2020

66. Newstex Blogs, *Central Park Karen (Amy Cooper) Fired From Job at Franklin Templeton!,* May 26, 2020, available at https://eurweb.com/2020/05/26/central-park-karen-amy-cooper-fired-from-job-at-franklin-templeton/

67. Newstex Blogs, *Central Park Racist Lady Very Sorry for Being Such Central Park Racist Lady. We Bet.*, May 26, 2020, available at https://www.wonkette.com/central-park-racist-lady-very-sorry-for-being-central-park-racist-lady-we-bet

68. Newstex Blogs, *Insurance Executive Put On Leave After Tirade In Central Park Against African American Bird Watcher*, May 26, 2020, available at https://jonathanturley.org/2020/05/26/insurance-executive-put-on-leave-after-tirade-in-central-park-against-african-american-bird-watcher/

69. Newstex Blogs, *Investment firm suspends woman over racially-charged video of her calling police on a black man who told her to put her dog on a leash*, May 26, 2020, available at https://africa.businessinsider.com/investment-firm-suspends-woman-over-racially-charged-video-of-her-calling-police-on-a/te6h2tb

70. Newstex Blogs, *JUST IN: Franklin Templeton Has Fired Amy Cooper, Stating 'We Do Not Tolerate Racism'*, May 26, 2020, available at https://www.mediaite.com/news/just-in-franklin-templeton-has-fired-amy-cooper-stating-we-do-not-tolerate-racism/

71. Newstex Blogs, *Racist news stories leave Gayle King speechless and shaken on air*, May 26, 2020, available at https://www.latimes.com/entertainment-arts/story/2020-05-26/gayle-king-racist-incidents-cbs-this-morning

72. Newstex Blogs, *Talking Points Memo Editors' Blog, Woman Who Called Cops on Black Birder Fired*, May 26, 2020.

73. Newstex Blogs, *VIDEO: White Woman Calls Police On Black Man Birdwatching In New York City's Central Park*, May 26, 2020, available at https://www.ibtimes.com/video-white-woman-calls-police-black-man-birdwatching-new-york-citys-central-park-2982780

74. Newstex Blogs, *Watch Gayle King's Emotional Reaction to Racist Incident in Central Park: Feels Like 'Open Season' on Black Men*, May 26, 2020, available at https://www.mediaite.com/tv/watch-gayle-kings-emotional-reaction-to-racist-incident-in-central-park-feels-like-open-season-on-black-men/

75. Newstex Blogs, *White Woman Calls 911 On Black Man Birdwatching In Central Park Who Said Her Dog Should Be Leashed*, May 26, 2020, available at

**Index of News Coverage of the Central Park Incident on May 25 and 26, 2020**

https://gothamist.com/news/white-woman-calls-911-black-man-birdwatching-central-park-who-said-her-dog-should-be-leashed

76. Newstex Blogs, *White Woman Fired From Job After Calling Cops On Black Man In Central Park*, May 26, 2020, available at https://www.huffpost.com/entry/white-woman-cooper-fired-called-police-black-man-central-park_n_5ecd7199c5b670f88ad499c4

77. Newstex Blogs, *White Woman Who Called Cops on Innocent Black Man & Falsely Claimed He Threatened Her Life in Viral Video Apologizes*, May 26, 2020, available at https://www.mediaite.com/news/white-woman-who-called-cops-on-innocent-black-man-falsely-claimed-he-threatened-her-life-in-viral-video-apologizes/

78. Newstex Blogs, *Woman Who Called Cops on Black Birder Fired*, May 26, 2020, available at https://talkingpointsmemo.com/edblog/who-called-cops-on-black-birder-fired

79. Newstex, *A White woman in the park calls cops falsely accusing a black man of threatening her. DANGEROUS!*, May 26, 2020, available at https://www.dailykos.com/stories/2020/5/26/1947741/-A-White-woman-in-the-park-calls-cops-falsely-accusing-a-black-man-of-threatening-her-DANGEROUS

80. Newsweek, *White Woman Who Called Cops on Black Man in Central Park Fired From Job*, May 26, 2020, available at https://www.newsweek.com/white-woman-who-called-nypd-black-man-after-central-park-confrontation-made-second-call-alleging-1539111

81. NPR All Things Considered, *A Video of A White Woman Calling The Police On A Black Man In Central Park Goes Viral*, May 26, 2020, available at https://www.npr.org/2020/05/26/862654130/a-video-of-a-white-woman-calling-the-police-on-a-black-man-in-central-park-goes-

82. NPR All Things Considered, *An Avid Birder Talks about His Conflict In Central Park That Went Viral*, May 26, 2020, available at https://www.npr.org/2020/05/26/862838384/an-avid-birder-talks-about-a-conflict-in-central-park-he-taped-and-went-viral#:~:text=An%20Avid%20Birder%20Talks%20About,Park%20That%20Went%20Viral%20%3A%20NPR&text=Pop%20Culture-,An%20Avid%20Birder%20Talks%20About%20His%20Conflict%20In%20Central%20Park,altercation%20he%20caught%20on%20tape.

83. Penske Media Corporation, *Gayle King Has Emotional Response to Racist Central Park Incident: 'It Feels Like Open Season' on Black Men*, May 26, 2020.

84. Postmedia Breaking News, *A black birdwatcher asked a white woman to leash her dog. Instead she called the police*, May 26, 2020.

85. Postmedia Breaking News, *White woman fired from job after calling cops over black man in NY Central Park*, May 26, 2020.

86. PR Newswire Association, *Statement from Amy Cooper on Central Park Incident*, May 26, 2020, available at https://www.prnewswire.com/news-releases/statement-from-amy-cooper-on-central-park-incident-301065492.html

87. Salon.com, *'I'm not a racist': White Woman apologizes after calling police on black birder in Central Park*, May 26, 2020, available at https://www.salon.com/2020/05/26/im-not-a-racist-white-woman-apologizes-after-calling-police-on-black-birder-in-central-park/

88. The Associated Press, *Central Park leash dispute sparks racism accusations*, May 26, 2020.

89. The Daily Beast, *Gayle King Breaks on Air Over Racist Incidents Caught on Camera: 'This Is Too Much'; After covering a black man who died after police kneeled on his neck, a viral video of a New York woman falsely accusing a black man of threatening her life left King 'speechless.'*, May 26, 2020, available at https://www.thedailybeast.com/gayle-king-breaks-on-air-over-racist-incidents-caught-on-camera-this-is-too-much

90. The Daily Beast, *'We Don't Tolerate Racism': White Dog Owner Who Called Cops on Black Bird Watcher Is Fired; Amy Cooper went viral after she called police on a black man in Central Park after an argument about her unleashed dog*; May 26, 2020, available at https://www.thedailybeast.com/amy-cooper-who-went-viral-after-calling-cops-on-black-bird-watcher-says-her-life-is-being-destroyed

91. The East Bay Times, *After calling cops on black bird-watcher, Amy Cooper says 'my entire life is being destroyed'*, May 26, 2020, available at https://www.eastbaytimes.com/2020/05/26/amy-cooper-my-entire-life-is-being-destroyed-after-calling-cops-on-black-bird-watcher/

92. The Guardian (London), *Video of white woman calling police on black man in Central Park draws outrage; Woman called 911 after birdwatcher asked her to leash her dog, reigniting storm over everyday racism*, May 26, 2020, available at https://www.theguardian.com/us-news/2020/may/26/central-park-new-york-white-woman-black-birdwatcher

93. The Huffington Post, *Amy Cooper Knew Exactly What She Was Doing*, May 26, 2020, available at https://www.huffpost.com/entry/amy-cooper-knew-exactly-what-she-was-doing_n_5ecd1d89c5b6c1f281e0fbc5

94. The Independent (United Kingdom), *It looks like Amy Cooper, the white woman in the viral Central Park video, is a liberal. That's important; When you jump to assume she's a MAGA campaigner or a Trump supporter due to her actions, you erase the very real problem of

*white liberal racism*, May 26, 2020, available at https://www.independent.co.uk/voices/amy-cooper-central-park-racist-dog-walker-trump-a9533581.html

95. The Independent (United Kingdom), *'We do not tolerate racism': Bank Fires dog walker who called police on black birdwatcher in Central Park; The mutual fund Franklin Templeton tweeted that it had sacked Amy Cooper*, May 26, 2020, available at https://www.independent.co.uk/news/world/americas/amy-cooper-fired-central-park-racism-bank-dog-walker-bird-watcher-a9533721.html

96. The Independent (United Kingdom), *Woman loses job and gives up pet after calling police on black man who asked her to leash dog; While her dog struggles, the woman walks backwards and pulls down her mask to phone 911, and says: 'I'm in the Ramble and an African American man with a bicycle helmet, he is recording me and threatening my dog'*, May 26, 2020, available at https://www.independent.co.uk/news/world/americas/central-park-dog-video-amy-cooper-watch-woman-man-police-a9532206.html#:~:text=A%20white%20woman%20who%20told,apologised%20after%20video%20went%20viral.&text=Ms%20Cooper%20confirmed%20that%20she,the%20confrontation%20in%20Central%20Park

97. The Mary Sue, *Amy Cooper's Apology Is Bullsh\*\*t. She Knew Exactly What She Was Doing*, May 26, 2020, available at https://www.themarysue.com/amy-coopers-bs-apology/

98. The Miami Herald, *White woman who called NYC cops on black man gives up dog, gets fired from her job*, May 26, 2020, available at https://t.co/T417kNkhhm?amp=1

99. The Nation Magazine, *Birding While Black: Just the Latest Bad Reason for White People to Call Police*, May 26, 2020, available at https://www.thenation.com/article/society/amy-cooper-birding-police/

100. The New York Post, *Cent. Pk. race furor White gal calls cops on harmless black man*, May 26, 2020.

101. The New York Times, *Bystander Videos of George Floyd and Others Are Policing the Police*, May 26, 2020, available at https://www.nytimes.com/2020/05/26/us/george-floyd-minneapolis-police.html (discussing Amy Cooper).

102. The New York Times, *Reopening, Child Hunger, J.K. Rowling: Your Tuesday Evening Briefing*, May 26, 2020, available at https://www.nytimes.com/2020/05/26/briefing/reopening-child-hunger-jk-rowling.html (discussing Amy Cooper).

**Index of News Coverage of the Central Park Incident on May 25 and 26, 2020**

103. The New York Times, *White Woman Is Fired After Calling Police on Black Man In Central Park*, May 26, 2020, available at
https://www.nytimes.com/2020/05/26/nyregion/amy-cooper-dog-central-park.html

104. The Philadelphia Tribune, *Woman fired after backlash from racist park confrontation*, May 26, 2020, available at https://www.phillytrib.com/news/across_america/woman-fired-after-backlash-from-racist-park-confrontation/article_488eeeca-9f4d-11ea-80a0-439fdc590b29.html

105. The Sun, *SICK RANT White woman threatens to tell cops 'an African American man is threatening my life' after he asked her to leash her dog*, May 26, 2020, available at
https://www.the-sun.com/news/884012/central-park-dog-woman-threatens-black-man-nyc/

106. The Sun, *'Sorry' Woman suspended from job for calling cops claiming 'black man threatened to hurt me' when he asked for dog to be leashed*, May 26, 2020

107. The Telegraph, *Watch: White woman calls police on African-American man who asks her to leash her dog in Central Park; Amy Cooper has since been put on administrative leave and surrendered her dog to an animal shelter*, May 26, 2020, available at
https://www.telegraph.co.uk/news/2020/05/26/watch-white-woman-calls-police-african-american-man-asks-leash/

108. The Telegraph, *White woman who called police on African-American man requesting her dog be leashed is fired; The woman can be heard calling 911 saying a 'black man' is threatening her life and her dog*, May 26, 2020, available at
https://www.telegraph.co.uk/news/2020/05/26/white-woman-calls-police-african-american-man-asked-put-dog/

109. Toronto Sun, *Central Park Karen: 'My entire life is being destroyed'*, May 26, 2020, available at https://torontosun.com/news/world/white-woman-calls-cops-on-black-man-over-dog-leash-dispute/

110. Wealth Management, *Franklin Templeton Fires Portfolio Manager Amy Cooper Involved in Central Park Dog Incident*, May 26, 2020, available at https://www.wealthmanagement.com/people/franklin-templeton-fires-portfolio-manager-amy-cooper-involved-central-park-dog-incident