# EXHIBIT H



**Franklin Templeton** ✔
@FTI_US

In response to an incident involving an employee on May 25th, Franklin Templeton issued the following statement.

> **We take these matters very seriously, and we do not condone racism of any kind. While we are in the process of investigating the situation, the employee involved has been put on administrative leave."**

10:43 PM · May 25, 2020

♡ 51.5K    💬 11K    ⬆ Share this Tweet