# EXHIBIT I

**Mayor Bill de Blasio** @NYCMayor · May 26, 2020

The video out of Central Park is racism, plain and simple.

She called the police BECAUSE he was a Black man. Even though she was the one breaking the rules. She decided he was the criminal and we know why.

This kind of hatred has no place in our city.

> **NBC New York** @NBCNewYork · May 26, 2020
>
> "I'm not going to participate in my own dehumanization. I'm not going to feed into this," Christian Cooper explains why he didn't stop recording the woman in Central Park who called the cops on him after he told her to put her dog on a leash. 4.nbcny.com/3GlsGpw

504     921     3K