# EXHIBIT L

# Statement from Manhattan D.A. Cy Vance, Jr. On Incident in Central Park Ramble on May 25, 2020

JULY 6, 2020

"Today our Office initiated a prosecution of Amy Cooper for Falsely Reporting an Incident in the Third Degree. Our office will provide the public with additional information as the case proceeds. At this time I would like to encourage anyone who has been the target of false reporting to contact our Office. We are strongly committed to holding perpetrators of this conduct accountable."

### 

*Today, the D.A.'s Office issued a Desk Appearance Ticket to Ms. Cooper for an arraignment on October 14, 2020. Copies of charging documents will be available once filed.*

Defendant Information:

Amy Cooper, D.O.B. **REDACTED - PPI**

New York, NY





Manhattan District Attorney's Office

**MAIN OFFICE**
One Hogan Place
New York, NY 10013
212.335.9000

**HARLEM OFFICE**
163 West 125th Street
New York, NY 10027
212.864.7884

**WASHINGTON HEIGHTS OFFICE**
530 West 166th Street, Suite 600A
New York, NY 10032
212.335.3320

ABOUT THE OFFICE
OUR WORK
EVENTS

NEWS
VICTIM RESOURCES
ESPANOL ▶   繁體中文 ▶

CONTACT US
CAREERS & TRAINING