# EXHIBIT N

Publicly available at:
https://www.bloomberg.com/news/videos/2020-06-02/franklin-ceo-says-facts-behind-amy-cooper-firing-were-undisputed-video

**[00:00:00]**

**FEMALE 1:** Jenny, I want to turn to you because diversity obviously is top of mind right now and there's a lot of anger and unrest on our streets, at the moment. And Wall Street has been caught up in it as well with the video of Amy Cooper, the White employee at Franklin Templeton at the time calling police and accusing the African American man of threatening her and her dog. Amy Cooper was initially placed on leave and then she was fired. This all happened within 24 hours. Can you give us any insight into the thinking to make this decision?

**JENNIFER JOHNSON:** Yeah. I mean, so, first of all, I just have to commend that our crisis management team, it was a holiday. Everybody got together. We needed to spend time getting the facts. Sometimes videos can get manipulated and so you have to make sure that you've reviewed all the facts. I think the facts were undisputed in this case, and we were able to make a quick decision. We are a company that has employees. We have offices in 35 countries. We have clients in over 170 countries. We really work to have both a diverse environment, and diversity means nothing if it's not an inclusive environment. And that is critical to us. And so we just felt that in this case we needed to make a statement. And it has been a great opportunity for us to actually reflect internally and reach out to our business resource groups and talk to them about what else can we be doing. I mean this country, the U.S. is in a lot of pain right now and our African American colleagues are in a lot of pain right now. And so making it a time to really reflect internally, all of us as leaders, of our—we can't control everything, but we can control the environment in which we operate our companies. And it starts with leaders ensuring that discrimination is not tolerated and that we create an environment that is absolutely feels inclusive for all employees.

**FEMALE 1:** What was the response from your employees, Jenny, from your clients to the decision that you made?

**JENNIFER JOHNSON:** I would say the overwhelming response was supportive and there was a segment that felt it was unfair, but that was a small minority segment. We have to make those decisions based on our core values. We've always said we have a zero tolerance for any kind of racism, and so we felt that it was important to make that decision.

**[00:02:40]**