# Morgan Lewis

**Grace E. Speights**
Partner
+1.202.739.5189
grace.speights@morganlewis.com

August 9, 2021

Hon. Ronnie Abrams, District Judge
United States District Court, Southern District of New York
40 Foley Square, New York, NY 10007

    Re:  *Amy Cooper v. Franklin Templeton, et al.*, No. 1:21-cv-04692-RA
          <u>Request for Oral Argument</u>

Dear Judge Abrams:

We represent Defendants Franklin Templeton, Franklin Templeton Investments, Franklin Templeton Resources, Inc., and Jenny Johnson (collectively, "Defendants") in the above-referenced matter. We write pursuant to Rule 4.G. of Your Honor's Individual Rules & Practices to respectfully request oral argument on Defendants' Motion to Dismiss Plaintiff Amy Cooper's Complaint.

Thank you for your consideration of this matter.

Respectfully submitted,

*/s/ Grace E. Speights*
Grace E. Speights

cc: All counsel of record (via electronic mail)