# LITT LAW, PC

Matthew R. Litt, Esq.*
MLitt@LittLaw.Net
Ph: (908) 902-7071
789 Farnsworth Avenue
Bordentown, New Jersey 08505
*Licensed to Practice Law in NJ & NY

---

August 30, 2021

**Via Electronic Case Filing**
Hon. Ronnie Abrams, District Judge
U.S. District Court, Southern District of New York
40 Foley Square, New York, NY 10007

      Re:    Cooper v. Franklin Templeton, et al. / 1:21-cv-04692-RA
              Requests for Extension of Time

Dear Judge Abrams:

This office co-represents the Plaintiff Amy Cooper in this matter. Pursuant to Your Honor's *Individual Rules and Practices* for Motions to Dismiss, and consistent with the deadlines So Ordered by this Court on 8/20/21, please allow this letter to inform the Court and Defendants that the Plaintiff intends to file an amended pleading, and will do so on or before September 22, 2021.

The Court's attention to this letter and this litigation is appreciated.

Respectfully submitted,
LITT LAW, PC

_____
By: Matthew R. Litt, Esq.