# Morgan Lewis

**Grace E. Speights**
Partner
+1.202.739.5189
grace.speights@morganlewis.com

June 6, 2022

Hon. Ronnie Abrams, District Judge
United States District Court, Southern District of New York
40 Foley Square, New York, NY 10007

Re: *Amy Cooper v. Franklin Templeton, et al.*, No. 1:21-cv-04692-RA
Confirmation Of Oral Argument Procedures

Dear Judge Abrams:

We represent Defendants Franklin Resources, Inc., Franklin Templeton Companies, LLC, and Jenny Johnson (collectively, "Defendants") in the above-referenced matter. We write pursuant to Your Honor's Individual Rules & Practices to request clarification regarding the Court's procedures for the use of exhibits during the oral argument scheduled on July 22, 2022. Dkt. 33. Specifically, Defendants would like to confirm whether the parties will be permitted to use substantive exhibits (including the May 25, 2020 video) and demonstrative exhibits (including but not limited to poster boards or PowerPoint presentations), and whether the parties are required to exchange any exhibits with each other and/or the Court prior to the oral argument.

Thank you for your consideration of this matter.

Respectfully submitted,

*/s/ Grace E. Speights*
Grace E. Speights

cc: All counsel of record (via electronic mail)

**Morgan, Lewis & Bockius** LLP

1111 Pennsylvania Avenue, NW
Washington, DC 20004
United States

☎ +1.202.739.3000
🖷 +1.202.739.3001