# Morgan Lewis

**Jonathan M. Albano**
Partner
+1.617.951.8360
jonathan.albano@morganlewis.com

July 14, 2022

Hon. Ronnie Abrams, District Judge
United States District Court, Southern District of New York
40 Foley Square, New York, NY 10007

> **Re:** *Amy Cooper v. Franklin Templeton, et al.*, No. 1:21-cv-04692-RA
> **Defendants' Request to Continue Oral Argument (with Plaintiff's Assent)**

Dear Judge Abrams:

We represent Defendants Franklin Resources, Inc., Franklin Templeton Companies, LLC, and Jenny Johnson (collectively, "Defendants") in the above referenced matter.

We are writing to request a continuance of the hearing on Defendants' motion to dismiss, currently scheduled for July 22, 2022. We are making this request because the husband of Defendants' lead counsel, Grace E. Speights, was unexpectedly admitted to the hospital yesterday evening and likely will need multiple surgeries in the next several days. Plaintiff's counsel has assented to the requested continuance. With the Court's permission, if the continuance is granted, counsel will confer and share mutually agreeable dates for the argument.

Thank you for considering this request.

Very truly yours,

*/s/ Jonathan M. Albano*

Jonathan M. Albano

cc:     All counsel of record (via ECF)