UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AMY COOPER,

                Plaintiff,

v.

FRANKLIN TEMPLETON, *et al.*,

                Defendants.

No. 21-CV-4692 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

    Oral argument on the motion to dismiss is hereby scheduled for September 14, 2022 at 3:00 p.m. in Courtroom 1506 of the Thurgood Marshall U.S. Courthouse located at 40 Foley Square, New York, New York 10007.  If it is not feasible for the parties to appear at that time, they shall file a letter with the Court by no later than August 11, 2022, proposing alternative time slots during the same week in September.

SO ORDERED.

Dated:    August 9, 2022
             New York, New York

                                                  Ronnie Abrams
                                                  United States District Judge