# Morgan Lewis

**Grace E. Speights**
Partner
+1.202.739.5189
grace.speights@morganlewis.com

August 11, 2022

Hon. Ronnie Abrams, District Judge
United States District Court, Southern District of New York
40 Foley Square, New York, NY 10007

   Re: *Amy Cooper v. Franklin Templeton, et al.*, No. 1:21-cv-04692-RA
        Joint Request for Adjournment of Initial Conference & Corresponding Obligations

Dear Judge Abrams:

We represent Defendants Franklin Resources, Inc., Franklin Templeton Companies, LLC, and Jenny Johnson (collectively, "Defendants") in the above-referenced matter. We write with the consent of counsel for Plaintiff Amy Cooper pursuant to Rule 1.D. of Your Honor's Individual Rules & Practices and the Court's August 9, 2022 Order to respectfully request an adjournment of the oral argument scheduled for September 14, 2022 at 3:00 pm. Dkt. 40. The reason for the adjournment request is that I have a pre-existing obligation that requires me to be in Baltimore, Maryland in the afternoon on September 14, 2022.

The parties conferred and are both available for the oral argument on Friday, September 16, 2022, to the extent that date is also convenient for the Court.

This adjournment request does not affect any other deadlines.

Thank you for your consideration of this matter.

Respectfully submitted,

*/s/ Grace E. Speights*
Grace E. Speights

cc: All counsel of record (via ECF)

---

Application granted.

The oral argument is hereby adjourned to September 16, 2022 at 10:00 a.m. Unless the parties request to proceed remotely, the argument will be held in Courtroom 1506 of the Thurgood Marshall U.S. Courthouse.

SO ORDERED.

_____
Hon. Ronnie Abrams
8/12/22

Morgan, Lewis & Bockius LLP

1111 Pennsylvania Avenue, NW
Washington, DC 20004
United States
+1.202.739.3000
+1.202.739.3001