# Morgan Lewis

**Nicole M. Zito**
+1.212.309.6707
Nicole.zito@morganlewis.com

September 9, 2022

Hon. Ronnie Abrams, District Judge
United States District Court, Southern District of New York
40 Foley Square, New York, NY 10007

Re:  *Amy Cooper v. Franklin Templeton, et al.*, No. 1:21-cv-04692-RA
     Application to Bring Electronic Devices or General-Purpose Computing Devices

Dear Judge Abrams:

We represent Defendants Franklin Resources, Inc., Franklin Templeton Companies, LLC, and Jenny Johnson (collectively, "Defendants") in the above-referenced matter. We write pursuant to Your Honor's Individual Rules & Practices and Standing Order M10-468 of the United States District Court for the Southern District of New York to request permission to bring electronic devices or general-purpose computing devices to the Court on September 16, 2022 as set forth in proposed electronic device order attached hereto as Exhibit A. The electronic devices and general-purpose computing devices (i.e., laptop, thumb drive, WiFi hot spot) will be used by Grace E. Speights and Jonathan M. Albano for the purpose of presenting substantive or demonstrative exhibits during the oral argument on Defendants' Motion to Dismiss.

Thank you for your consideration of this matter.

Respectfully submitted,

*/s/ Nicole M. Zito*
Nicole M. Zito

cc: All counsel of record (via ECF)

Morgan, Lewis & Bockius LLP

1111 Pennsylvania Avenue, NW
Washington, DC 20004
United States
+1.202.739.3000
+1.202.739.3001

# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____ x

IN THE MATTER OF AN APPLICATION

TO BRING PERSONAL ELECTRONIC DEVICE(S) OR
GENERAL PURPOSE COMPUTING DEVICE(S) INTO
THE COURTHOUSES OF THE
SOUTHERN DISTRICT OF NEW YORK FOR
USE IN A PROCEEDING OR TRIAL

_____ x

The following Order is subject to the definitions, obligations and restrictions imposed pursuant to Standing Order M10-468, as Revised. Upon submission of written application to this Court, it is hereby

ORDERED that the following attorney(s) are authorized to bring the Personal Electronic Device(s) and/or the General Purpose Computing Device(s) (collectively, "Devices") listed below into the Courthouse for use in a proceeding or trial in the action captioned:

Amy Cooper v. Franklin Templeton et. al., 1:21-cv-04692-RA.

ORDERED that for the device(s) checked below SDNY Courtroom WI-FI access shall be provided.

The date(s) for which such authorization is provided is (are) September 16, 2022.

| Attorney | E-Mail | Device(s) | Courtroom | WIFI Granted |
|---|---|---|---|---|
| Nicole M. Zito | nicole.zito@morganlewis.com | Laptop, thumb drive, WiFi hotspot | 1506 | |
| | | | | |
| | | | | |

*(Attach Extra Sheet If Needed)*

The attorney(s) identified in this Order must present a copy of this Order when entering the Courthouse. Bringing any authorized Device(s) into the Courthouse or its Environs constitutes a certification by the attorney that he or she will comply in all respects with the restrictions and obligations set forth in Standing Order M10-468, as Revised.

SO ORDERED:

Dated: September 13, 2022

_____
United States Judge
Hon. Ronnie Abrams

Revised: July 1, 2019.