**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
AMY COOPER,

                    Plaintiff,

    -against-                                    21 **CIVIL** 4692 (RA)

## JUDGMENT

FRANKLIN TEMPLETON, FRANKLIN
TEMPLETON INVESTMENTS, FRANKLIN
RESOURCES, INC., FRANKLIN TEMPLETON
COMPANIES, LLC, JENNY JOHNSON,
FRANKLIN TEMPLETON CORPS. XYZ 1-10,
JOHN DOES and/or JANE DOES 1-10,

                    Defendants.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated September 21, 2022, Defendants' motion to dismiss the action is granted; accordingly, the case is closed.

**Dated:** New York, New York

        September 21, 2022

                                                                **RUBY J. KRAJICK**

                                                                **Clerk of Court**

                          **BY:**        *K. Mango*

                                                                 **Deputy Clerk**